IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra Tripp,<br><br>  Plaintiff,<br><br>v.<br><br>County of Cochise, et al.,<br><br>  Defendants. | No. CV-24-00604-TUC-JGZ (MSA)<br><br>**ORDER** |

On July 24, 2025, Magistrate Judge Maria S. Aguilera issued a Report and Recommendation ("R&R") in which she recommended the Court dismiss this action without prejudice. (Doc. 31.) The R&R notified Plaintiff Sandra Tripp she had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If no party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

The Court has reviewed Judge Aguilera's R&R, Plaintiff's filings, and the record. The Court agrees with Judge Aguilera's conclusion that this case should be dismissed without prejudice.

//

//

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 31) is **accepted and adopted in full.**

**IT IS FURTHER ORDERED** that this case is **dismissed without prejudice**.

**IT IS FURTHER ORDERED** the Clerk of Court shall docket this Order and close its file in this action.

Dated this 11th day of August, 2025.

Jennifer G. Zipps
Chief United States District Judge